# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

ROBERT FULTON STERNER, M.D.

vs

SAN DIEGO POLICE DEPARTMENT, POLICE CHIEF WILLIAM LANSDOWNE, DETECTIVE KIMBER L. HAMMOND, DETECTIVE CONRADO DECASTRO, DETECTIVE SCHUYLER BOYCE, DETECTIVE MARK CARLSON, SAN DIEGO DISTRICT ATTORNEY'S OFFICE, DISTRICT ATTORNEY BONNIE DUMANIS, DEPUTY DISTRICT ATTORNEY DAMON MOSLER, AND DOES 1-40

FILED
2008 AUG 12  AM 8:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                           DEPUTY

### SUMMONS IN A CIVIL ACTION

Case No. 08 CV 1407 IEG JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

ZENIA K. GILG
809 Montgomery Street, 2nd FL
San Francisco CA 94133

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By J. PARIS, Deputy Clerk

AUG 1 2 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)